Case No. 24-1141

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

OWEN W. BARNABY

    Plaintiff - Appellant

v.

STATE OF MICHIGAN; GRETCHEN WHITMER, Governor; JENNIFER M. GRANHOLM, Former Governor; RICK SNYDER, Former Governor; KENDELL ASBENSON, (P81747); DANA NESSEL, Attorney General; CITY OF BENTON HARBOR, MI; NILES CHARTER TOWNSHIP, MI; BOARD OF TRUSTEES OF NILES CHARTER TOWNSHIP, MI; BERRIEN COUNTY, MI; BERRIEN COUNTY, MI BOARD OF COMMISSIONERS; BRET WITSKOWSKI, Berrien County Treasurer, in his individual and official capacities; SHELLY WEICH, Berrien County Treasurer; LORI D. JARVIS, Berrien County Registrar; KATHLEEN CULBERSON, Berrien County Notary Public; DONNA B. HOWARD, Attorney; LORA L. FREEHLING, Berrien County Registrar; MCKINLEY R. ELLIOTT, Attorney; JEFFREY ROBERT HOLMSTROM, Attorney; HOLMSTROM LAW, PLC; JAMES T. MCGOVERN, Attorney; UNKNOWN PART(Y)(IES), Named as Title & Insurance Company(s); BRIDGET MARY MCCORMACK, Circuit Judge; MICHIGAN SUPREME COURT, for the State of Michigan; ELIZABETH L. GLEICHER, Circuit Judge; CHRISTOPHER M. MURRAY, Circuit Judge; MICHIGAN COURT OF APPEALS; ALFRED M. BUTZBAUGH, Former Circuit Judge; MABEL J. MAYFIELD, Circuit Judge; GARY J. BRUCE, Circuit Judge; BERRIEN COUNTY, MI TRIAL COURT, for the State of Michigan; ELIZABETH T. CLEMENT, Circuit Judge

    Defendants - Appellees

This appeal being duplicative of Case No. 24-1086, it is hereby **DISMISSED**.

                          **ENTERED PURSUANT TO RULE 45(a),**
                          **RULES OF THE SIXTH CIRCUIT**
                          Kelly L. Stephens, Clerk

Issued: February 22, 2024